WR-82,173-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/7/2015 3:22:42 PM
Accepted 10/8/2015 8:07:17 AM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NO. WR-82-173-02
TRIAL COURT CAUSE NO.  W11-55238-W(A)

RECEIVED
IN THE COURT OF CRIMINAL APPEALS
10/8/2015
ABEL ACOSTA, CLERK

EX PARTE                          §          IN THE COURT OF
                                  §          CRIMINAL APPEALS
GREGORY MCALLISTER                §          OF TEXAS AT AUSTIN

## MOTION TO EXTEND THE TIME FOR FILING
## THE TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGES OF SAID COURT:**

The 363rd Judicial District Court of Dallas County, Texas, through the Honorable Tracy Holmes moves for an extension of time for filing its Findings of Fact and Conclusions of Law in the above-styled case to November 2, 2015.  In support of this motion, the Court would show:

I.

On May 6, 2011, Applicant entered a plea of guilty to the offense of aggravated assault/serious bodily injury/deadly weapon/family violence and pursuant to a plea bargain agreement was sentenced to seven years deferred probation.  Subsequently, his probation was revoked and he was sentenced to seven years confinement.  No direct appeal was filed.

On June 4, 2014, Applicant filed the instant writ application. An order designating issues was signed on June 23, 2014, appointing April E. Smith as writ master to resolve issues and prepare findings.

II.

On June 11, 2014, the writ master wrote to trial counsel, Davey Lamb, advising him of the filing of the application and requesting an affidavit in response to the

allegations. The writ master has made numerous attempts over the ensuing period of time to obtain said affidavit.

In response to this Court's remand order of January 14, 2015, this Court ordered trial counsel to respond by filing an affidavit by March 27, 2015. As of this date, trial counsel has not responded by filing an affidavit despite requests from the staff attorneys for the Judge, the court coordinator and the writ master.

III.

The trial court is still attempting to obtain an affidavit from trial counsel in response to this Court's order and letter dated July 30, 2015. The Court hopes that trial counsel will respond soon to the repeated attempts to stress to him the importance of filing an affidavit.

WHEREFORE, PREMISES CONSIDERED, the Court respectfully requests that the time for filing its Findings of Fact and Conclusions of Law, along with the supplemental transcript be extended to November 2, 2015.

Respectfully submitted,

_____
Judge Tracy Holmes
Presiding Judge
363rd Judicial District Court
Dallas County, Texas